# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| KEVIN JAMES TEEMAN and ANDREA JOY LYONS, *Plaintiff* <br> v. <br> FRANCESCA GUZMAN, *Defendant* | ) ) ) ) ) <br> Civil Action No. 1:15-CV-3138-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendant's Motion and Memorandum in Support of Summary Judgment (ECF No. 27) is GRANTED. Judgment is entered in favor of Defendant.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge THOMAS O. RICE on Defendant's Motion to Dismiss (Order at ECF No. 20) and Defendant's Motion for Summary Judgment (Order at ECF No. 35).

Date: September 1, 2016

CLERK OF COURT

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen